## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Mohammed S. Haider,                                                       Civil No. 04-4857 (DWF/RLE)

              Petitioner,

v.                                                                                **ORDER**

Alberto R. Gonzales, Scott Baniecke,
and Robert Feneis,

              Respondents.

---

Matthew M. Armbrecht, Esq., and Timothy R. Maher, Esq., Saliterman & Siefferman, PC, counsel for Petitioner.

Joan D. Humes, Assistant United States Attorney, United States Attorney's Office, counsel for Respondent.

---

      This matter is before the Court upon Petitioner's objections to Chief Magistrate Judge Raymond L. Erickson's Report and Recommendation dated August 9, 2005, recommending that the above-entitled matter be transferred to the United States Courts of Appeals for the Eighth Circuit.

      The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Petitioner's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

1. Petitioner's objections (Doc. No. 30) to Chief Magistrate Judge Raymond L. Erickson's Report and Recommendation dated August 9, 2005, are **DENIED**.

2. Chief Magistrate Judge Raymond L. Erickson's Report and Recommendation dated August 9, 2005 (Doc. No. 29), is **ADOPTED**.

3. This matter is hereby transferred to the United States Court of Appeals for the Eighth Circuit.


Dated: November 30, 2005        s/Donovan W. Frank
                                DONOVAN W. FRANK
                                Judge of United States District Court